UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

DAMIAN ABRAHAM PETERS,  No. 11-14086

Debtor(s).
_____/

Memorandum
_____

The court mis-spoke at the conclusion of the stay relief hearing today. The debtor having had a prior case pending within a year, and having failed to seek an extension within the time allowed in this case, the automatic stay terminated by operation of law on December 9, 2012, pursuant to § 362(c)(3)(A) of the Bankruptcy Code. To the extent there is even a stay at this time, relief is granted immediately and the stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Dated: January 26, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge